**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
05/30/2017

In Re: Dominic Dion Washington Sr

**Debtor(s)**

Case No.: 16–36510

Chapter: 13

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. David G Peake is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 5/30/17

_____
JEFF BOHM
United States Bankruptcy Judge